*C. E. Tracy* for respondent, the residuary legatees.

O'BRIEN, J., reads for affirmance.
All concur.
Judgment affirmed.

---

JOHN W. MACY, as Trustee, etc., Respondent, *v.* DAVID T. WILLIAMS et al., as Executors, etc., Appellants.

(Argued February 3, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which modified, and affirmed as modified, a judgment, in favor of plaintiff entered upon the report of a referee.

*Sidney S. Harris* for appellants.

*Charles N. Judson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.